**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **BUSINESS LEADERS IN CHRIST, an, unincorporated association,**<br><br>　　　**Plaintiff,**<br><br>vs.<br><br>**THE UNIVERSITY OF IOWA; LYN REDINGTON, in her official capacity as Dean of Students and in her individual capacity; THOMAS R. BAKER, in his official capacity as Assistant Dean of Students and in his individual capacity; and WILLIAM R. NELSON, in his official capacity as Executive Director, Iowa Memorial Union, and in his individual capacity,**<br><br>　　　**Defendants.** | **CASE NO. 3:17-CV-00080**<br><br><br><br>**DEFENDANTS' RESISTANCE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

　　　**COME NOW** the Defendants and in their resistance Plaintiff's Motion for Preliminary Injunction state:

　　　1.　　BLinC is no longer a "recognized" student organization as defined by the University of Iowa guidelines because of its failure to comply with non-discrimination laws, policies and regulations.

　　　2.　　The University of Iowa's actions are neutral and support compelling state interests.

　　　3.　　BLinC is not entitled to a preliminary injunction under controlling standards.

4. BLinC does not have standing to assert rights on behalf of other student organizations. Furthermore, the purpose of a preliminary injunction is to return a party to the status quo and not further equitable relief.

**WHEREFORE,** Defendants request the Court to deny the application for a preliminary injunction.

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8583
FAX:  (515) 281-7219
E-MAIL:  George.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

*Copy electronically served on all parties of record:*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on January 5, 2018: |
| ☐ U.S. Mail         ☐ FAX |
| ☐ Hand Delivery     ☐ Overnight Courier |
| ☐ Federal Express   ☐ Other |
| ☒ ECF System Participant (Electronic Service) |
| Signature: /s/Betty Christensen |