# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Civil Action No. 17-cv-00080-SMR-SBJ **SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  **X**  yes ____ no

   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **04/09/2018**

2. Deadline for motions to add parties: **06/08/2018**

3. Deadline for motions to amend pleadings: **06/08/2018**

4. Expert witnesses disclosed by:  
   a) Plaintiff: **04/13/2018**  
   b) Defendant: **05/11/2018**  
   c) Plaintiff Rebuttal: **06/8/2018**

5. Deadline for *completion* of discovery: **08/31/2018**

6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*): **10/05/2018**

7. Trial Ready Date (*at least 150 days after Dispositive Motions Date*): **03/04/2019**

8. Has a jury demand been filed?  **X**  yes ____ no

9. Estimated length of trial: **2-3** days

10. Settlement conference (choose one of the following):

    (a) _____  A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or
    (b) __X__  A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ.P. 16(b) and 26(f)? ___ yes __X__ no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? ___ yes __X__ no


 /s/ *Eric S. Baxter*  
Eric S. Baxter  
Daniel H. Blomberg  
The Becket Fund for Religious Liberty  
1200 New Hampshire Ave., NW  
Washington, DC 20036  
(202) 995-0095 TEL  
(202) 995-0090 FAX  
*ebaxter@becketlaw.org*  

Matt M. Dummermuth  
Hagenow & Gustoff, LLP  
600 Oakland Rd. NE  
Cedar Rapids, IA 52402  
(319) 849-8390 phone  
(888) 689-1995 fax  
*mdummermuth@whgllp.com*  

***Counsel for Plaintiff***

 /s/ *George A. Carroll*  
George A. Carroll  
Iowa Attorney General  
1305 E Walnut Street  
Des Moines, IA 50319  
(515) 281-8330 TEL  
(515) 281-7219 FAX  
*george.carroll@iowa.gov*  

***Counsel for Defendants***

## JUDGE'S REVISIONS

The deadline in Paragraph ____ is changed _____.

The deadline in Paragraph ____ is changed _____.

The deadline in Paragraph ____ is changed _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan ____ is ____ not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:
 ____ will not be scheduled at this time.
 ____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ____ a.m./ ____ p.m.
 ____ will be held by telephone conference, initiated by the court, on the day of _____, at _____ o'clock, ____ a.m./ ____ p.m.

**DATED** this _____ of _____, 2018.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE