**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| BUSINESS LEADERS IN CHRIST, | * | CIVIL NO. 3:17-cv-00080-SMR-SBJ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE UNIVERSITY OF IOWA; | * | |
| LYN REDINGTON, in her official | * | |
| capacity as Dean of Students and in her | * | **SCHEDULING AND** |
| individual capacity; THOMAS R. RAKER, | * | **TRIAL SETTING ORDER** |
| in his official capacity as Assistant Dean of | * | |
| Students and in his individual capacity; and | * | |
| WILLIAM R. NELSON, in his official | * | |
| capacity as Executive Director, Iowa | * | |
| Memorial Union, and in his individual | * | |
| capacity, | * | |
| | * | |
| Defendants. | * | |
| | * | |

A telephonic scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on February 28, 2018.   Attorneys Eric Baxter and Matt Dummermuth appeared for plaintiff. Attorney George Carroll appeared for defendants.   Based on the discussions during the conference and the parties' proposed schedule (Dkt. 37), it is hereby ordered:

1.    A Jury Trial shall be scheduled to begin on March 4, 2019, at 9:00 a.m., before United States Judge Stephanie M. Rose, in the United States Courthouse, Davenport, Iowa.   The parties estimate trial will take 2 - 3 days.

2.    A Final Pretrial Conference shall be held on February 6, 2019, at 11:00 a.m., in the United States Courthouse, Davenport, Iowa, before United States Magistrate Judge Stephen B. Jackson, Jr.

3.    The parties shall exchange initial disclosures by April 9, 2018.

4.    Motions to add parties shall be filed by June 8, 2018.

5.    Motions for leave to amend pleadings shall be filed by June 8, 2018.

6.  Plaintiff shall designate expert witnesses and disclose their written reports by April 13, 2018.

7.  Defendants shall designate expert witnesses and disclose their written reports by May 11, 2018.

8.  Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by June 8, 2018.

9.  Discovery shall be completed by August 31, 2018.   Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by October 5, 2018.


IT IS SO ORDERED.

Dated March 7, 2018.


_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE