**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Civil Action No. 17-cv-00080-SMR-SBJ **JOINT MOTION TO EXTEND PRELIMINARY INJUNCTION** |

On January 23, 2018, this Court entered an order granting the motion for preliminary injunction filed by Plaintiff Business Leaders in Christ (BLinC) and directing Defendant University of Iowa to restore BLinC's status as a University-registered student organization for ninety days or until April 24, 2018. The Court indicated that BLinC could then "seek further action as necessary" and that the University could "respond by detailing any changes to the enforcement of its Human Rights Policy to registered student organizations."

The University has requested additional time until June 30, 2018, to respond to the Court's order and has indicated that it will not take any action to challenge or remove BLinC's registered status until that time. BLinC has no objection to extending the University's time so long as the Court is able to confirm that the preliminary injunction will extend to at least June 30 and that Plaintiff will have the continued opportunity to seek a further extension should the preliminary injunction remain necessary. This is the first time the parties have requested an extension of the preliminary injunction deadline, and the extension will have no impact on trial ready date of March 4, 2019, or the interim deadlines set forth in the Court's March 7, 2018 Scheduling and Trial Setting Order.

1

For these reasons, the parties jointly request the Court to grant this motion, extending its January 23, 2018 preliminary injunction until June 30, 2018.

Respectfully submitted this 17th day of March, 2018.

<table>
<tr><td>

THOMAS J. MILLER  
Attorney General of Iowa

/s/GEORGE A. CARROLL  
George A. Carroll  
Assistant Attorney General  
Hoover Building, Second Floor  
1305 East Walnut Street  
Des Moines, Iowa 50319  
PHONE: (515) 281-8583  
FAX: (515) 281-7219  
E-MAIL: George.carroll@ag.iowa.gov  
ATTORNEYS FOR DEFENDANTS

</td><td>

 /s/ *Eric S. Baxter*  
Eric S. Baxter (*pro hac vice*)  
  *Lead Counsel*  
Daniel H. Blomberg (*pro hac vice*)  
The Becket Fund for Religious Liberty  
1200 New Hampshire Ave. NW, Suite 700  
Washington, DC, 20036  
(202) 955-0095 PHONE  
(202) 955-0090 FAX  
*ebaxter@becketlaw.org*  
*dblomberg@becketlaw.org*

Matt M. Dummermuth  
Hagenow Gustoff & Dummermuth, LLP  
600 Oakland Rd. NE  
Cedar Rapids, IA 52402  
(319) 849-8390 phone  
(888) 689-1995 fax  
*mdummermuth@whgllp.com*

*Counsel for Plaintiff*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

 I certify that on the date indicated below, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send notification and a copy of the brief to the counsel of record for the parties. I further certify that all parties to this case are represented by counsel of record who are CM/ECF participants.

Executed this 17th day of March 2018.

                */s/ Eric Baxter*
                Eric S. Baxter