# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ **JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |

The parties jointly move this Court pursuant to Local Rule 7(j) to grant a 14-day extension of the deadlines for the parties to file dispositive motions. The current deadline is October 5, 2018. Dkt. 42 (March 7, 2018 Scheduling Order). The new deadline would be October 19, 2018. There is good cause to grant this motion:

1. The parties have exchanged several thousands of pages of documents in discovery and held multiple depositions during the discovery period, which ended on August 31, 2018.

2. Due to scheduling difficulties and other matters, three depositions still remain—one by Defendants of Jacob Estell, and two by Plaintiff of a Rule 30(b)(6) deponent and Constance Shriver Cervantes.

3. By agreement of the parties, all three depositions will be completed on September 20, 2018.

4. The parties are working together to resolve all discovery matters and the trial will not be delayed, but the parties agree in seeking additional time to prepare for dispositive motion practice.

5. Furthermore, counsel for Plaintiff have extensive travel obligations the week of October 1 leading up to the dispositive motion deadline.

6. The parties have not previously sought an extension of the dispositive-motions deadline.

7. If this motion is granted, the parties' response briefs will be due on November 9, with replies due on November 16.

8. The dates of the final pretrial conference and the trial are February 6, 2019, and March 4, 2019, respectively.

9. There are no other existing court-imposed deadlines scheduled.

WHEREFORE, the parties respectfully request a 14-day extension of the dispositive motion deadline.

Respectfully submitted,

/s/ *Eric S. Baxter*
Eric S. Baxter*
   *Lead Counsel*
Daniel H. Blomberg*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
*ebaxter@becketlaw.org*
*dblomberg@becketlaw.org*

Christopher C. Hagenow
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(319) 849-8390 phone
(888) 689-1995 fax
*chagenow@whgllp.com*
**Counsel for Plaintiff**
   *Admitted pro hac vice

/s/ *George A. Carroll*
George A. Carroll
Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, Iowa 50319
(515) 281-8330
george.carroll@ag.iowa.gov
**Counsel for Defendants**