IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, an unincorporated association,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF IOWA; LYN REDINGTON, in her Official Capacity as Dean of Students and in her Individual Capacity; THOMAS R. BAKER, in his Official Capacity as Assistant Dean of Students and in his Individual Capacity; and WILLIAM R. NELSON, in his Official Capacity as Executive Director, Iowa Memorial Union, and in his Individual Capacity,<br><br>　　　Defendants. | Case No. 3-17:cv-00080<br><br><br><br>**MOTION TO WITHDRAW AS LOCAL COUNSEL BY ATTORNEY PATRICK D. SMITH** |

**COMES NOW** the undersigned attorney, Patrick D. Smith, and files this Motion to Withdraw as Local Counsel on behalf of Proposed *Amicus Curiae* Agudath Israel of America, and in support thereof states as follows:

　　1.　　The undersigned has been serving as local counsel for Proposed *Amicus Curiae* Agudath Israel of America.

　　2.　　Agudath Israel of America has secured other local counsel to represent it in this matter. The new local counsel is Matthew F. Heffron, of the Thomas More Society and Brown & Brown, LLC, 501 Scoular Building, 2027 Dodge Street, Omaha, NE 68102. Mr. Heffron has entered an appearance as local counsel on behalf of Agudath Israel of America.

3. At this time this Motion to Withdraw is filed, all counsel will be electronically served a copy of this Motion to Withdraw. At the same time, the undersigned will serve a copy upon Proposed *Amicus Curiae* Agudath Israel of America.

4. Trial in this case is currently schedule for March 4, 2019. The only pending motion about which the undersigned is aware is the Motion of Agudath Israel of America for leave to participate as *Amicus Curiae* in support of Plaintiff, which was filed January 17, 2018, but has not yet been ruled upon.

5. The requirements for withdraw of counsel under Local Rule 83(d)(6)(A) have been fully satisfied as set forth in paragraphs 2 through 4 of this Motion.

6. The undersigned requests the Court to grant the effective date of withdraw no later than October 26, 2018.

**WHEREFORE,** the undersigned counsel hereby requests the Court to grant this Motion to Withdraw as Local Counsel for Proposed *Amicus Curiae* Agudath Israel Of America, effective no later than October 26, 2018.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: /s/ Patrick D. Smith
Patrick D. Smith AT0007392
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 246-5891
Fax: (515) 246-5808
E-Mail: smith.patrick@bradshawlaw.com

ATTORNEYS FOR PROPOSED *AMICUS CURIAE* AGUDATH ISRAEL OF AMERICA

Copy to:

Christopher D. Hagenow
Hagenow, Gustoff & Dummermuth, LLP
521 East Locust Street, Suite 302
Des Moines, IA 50309

Eric S. Baxter
Daniel H. Blomberg
The Becket Fund for Religious Liberty
1200 New Hampshire Avenue N.W., Suite 700
Washington, D.C. 20036

Jeffrey S. Thompson
Solicitor General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, IA 50319

George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, IA 50319

Robert R. Anderson
P.O. Box 275
Huxley, IA 50124

Matthew F. Heffron
Thomas More Society
Brown & Brown, LLC
501 Scoular Building
2027 Dodge Street
Omaha, NE 68102

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on October 18, 2018 by:

☐ U.S. Mail ☐ E-Mail
☐ Hand Delivered ☒ CM/ECF
☐ Federal Express ☐ Other_____

/s/ Donna Henkels