**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Civil Action No. 17-cv-00080-SMR-SBJ **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** **ORAL ARGUMENT REQUESTED** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7 and 56, Plaintiff Business Leaders in Christ (BLinC) moves for summary judgment on the following claims:

BLinC is entitled to summary judgment on several of its federal-law claims:

**I. Defendants infringed BLinC's Free Speech, Exercise, and Association rights without sufficient justification.**

**A. Defendants infringed BLinC's rights under the Free Speech Clause (Counts VII-VIII).**

Defendants prevented and still forbid BLinC from accessing a forum for speech, and their restriction is both unreasonable in light of the purposes of the forum and discriminates against BLinC's religious viewpoint.

**B. Defendants infringed BLinC's right to freedom of association (Count VI).**

BLinC is an expressive association, and Defendants prevented and still forbid BLinC from associating with leaders who agree with and can express its religious viewpoints with integrity, which significantly affect's BLinC's ability to express its viewpoints.

1

**C. Defendants infringed BLinC's rights under the Free Exercise Clause (Counts III-IV).**

Defendants censored BLinC's religious beliefs as such, which is never permissible, and have discriminated against BLinC's sincere religious beliefs and religious exercise in a manner that is neither neutral nor generally applicable.

**D. Defendants lack sufficient justification for these infringements, and therefore violated BLinC's rights in each instance.**

Defendants have not and cannot prove that their infringements on BLinC's First Amendment rights are narrowly tailored to a compelling government interest, and thus have violated those rights under clearly established federal law.

**II. Defendants' interference with BLinC's leadership selection violates the Religion Clauses (Counts I-II).**

BLinC is a religious group whose mission is marked by clear and obvious religious characteristics, and its officers are its religious leaders who minister to its members, personify its beliefs, and are important in conveying BLinC's religious message and carrying out its religious mission. Defendants accordingly violated BLinC's clearly established rights under the Free Exercise Clause to shape its own faith and mission through its appointments of leaders, and its Establishment Clause right against government entanglement in the same.

IN SUPPORT OF THIS MOTION, BLinC has attached a Brief in Support of Summary Judgment, a Statement of Material Facts, and an Appendix. Contemporaneously with this motion, and pursuant to Local Rule 7(h), BLinC is also filing a motion for leave to file an overlength brief. Per Local Rule 5A(g)(8), BLinC is delivering a bound and tabbed paper copy of all of these filings to the Court.

BLinC requests oral argument on this motion.

WHEREFORE, BLinC requests that this Court grant summary judgment to BLinC on the claims listed above, and:

a. Declare and enter judgment that the First Amendment to the United States Constitution requires Defendants not to discriminate against BLinC or withhold registered status on the basis of BLinC's Statement of Faith and leadership selection policies;

b. Declare and enter judgment that Defendants' enforcement of the University's policy against BLinC violated BLinC's clearly established constitutional rights;

c. Declare and enter judgment that the individual-capacity Defendants are personally liable for these violations and that their qualified immunity affirmative defense fails;

d. Issue a permanent injunction prohibiting enforcement of the University's Human Rights Policy against BLinC based on the content of BLinC's Statement of Faith and leadership selection policies;

e. Award BLinC nominal damages to which it is entitled by law;

f. and set a trial for the determination of further damages against the individual-capacity Defendants.

Respectfully submitted,

/s/ *Eric S. Baxter*
Eric S. Baxter\*
   *Lead Counsel*
Daniel H. Blomberg\*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
(202) 955-0090 FAX
ebaxter@becketlaw.org

Christopher C. Hagenow
Hagenow & Gustoff, LLP
600 Oakland Rd. NE

Cedar Rapids, IA 52402
(515) 868-0212 PHONE
(888) 689-1995 FAX
*chagenow@whgllp.com*

**Counsel for Plaintiff**
*\*Admitted pro hac vice*