**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **BUSINESS LEADERS IN CHRIST,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE UNIVERSITY OF IOWA,** *et al.*.<br><br>*Defendants*. | Civil Action No. 17-cv-00080-SMR-SBJ |

**MOTION FOR LEAVE TO FILE BRIEF OF PROPOSED AMICI CURIAE 24:7, CHI ALPHA, CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, AND RATIO CHRISTI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to LR 5A(g)(5), and LR 7 proposed *amici curiae*, 24:7, Chi Alpha, Christian Medical and Dental Associations, and Ratio Christi respectfully submit this motion for leave to file the attached *amici curiae* brief in support of Plaintiff's Motion for Summary Judgment. A proposed order also accompanies this motion. In support of this Motion, movants state as follows.

### I. Plaintiff consents to this Motion, and Defendants did not respond to requests for their position.

In accordance with LR 7(k), counsel for Movants sought the parties' position on this motion. Plaintiff, through counsel, represented that it consents to the relief requested by this Motion, but Defendants did not respond to request for their position. On October 25, 2018 counsel for Movants emailed counsel of record for Defendants requesting Defendants' position. On October 29, 2018, at approximately 2pm counsel for Movants sent a second email request for Defendants' position. On October 29, 2018, at approximately 4pm counsel for Movants called the

1

office of Defendants' Counsel and left a voicemail requesting Defendants' position. Defendants had not responded to these requests at the time of filing.

**II.     The Movants have significant interests in the outcome of this matter.**

As described in the proposed Brief of Movants, the moving parties are religious organizations with chapters on the campus of the University of Iowa. These religious groups have a global presence with hundreds of chapters on campuses across the United States and across the world. Similar to Plaintiff, these groups, require their leaders to adopt their core beliefs. The Movants are concerned that any decision in this case will necessarily impact their rights. Because of their similar situation and the likelihood that a decision here will have a resulting impact on the moving parties, they request the ability to make their position on this matter heard.

**III.    The Court has the authority to grant this Motion.**

While federal rules and local rules do not appear to directly address the subject of amicus briefs filed in district court, "district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.* 471 F.3d 1233, 1249 n. 34 (11th Cir. 2006). The Eighth Circuit has affirmed that district courts possess both the discretion to deny motions to intervene and to permit the filing of amicus briefs. *Middle South Energy, Inc. v. Ark. Pub. Serv. Comm'n*, 772 F.2d 401, 404 (8th Cir. 1985). This Court granted *Amici's* motion to file a similar brief at the preliminary injunction stage of this same case. (Dkt. No. 35).

**IV.    Movants' brief is timely and is useful to the disposition of the matters before this Court.**

A motion for leave to file an amicus curiae brief may be timely even if filed a few days before oral argument. *See Shain v. Veneman*, 278 F. Supp. 2d 1006, 1008 & n.2 (S.D. Iowa 2003).

Here, Movants have submitted their *amici curiae* brief within the time period permitted for completing briefing for the substantive motion before the Court. Thus, no delay will be required.

The issues presented before this Court are significant matters of constitutional law. Being similarly situated to the Plaintiff at the University of Iowa, the outcome of this matter may directly impact the interests of *Amici* and other organizations on campus. *Amici* are represented by Counsel with substantial experience in First Amendment law. The proposed brief, although similar to *Amici's* brief at the preliminary injunction stage, avoids duplication of the parties' briefs, and provides information related to the unique benefits that faith-based organizations provide on campus and how their faith-based requirements for leaders are fundamental to their identity and expression. *Amici* are thus uniquely situated to provide relevant arguments regarding the legal issues before this court and the practical impact a ruling may have on many organizations.

### V.   CONCLUSION

Movants respectfully request that this Court grant this motion, allow them to participate as *amici curiae*, and accept for filing the proposed *amici curiae* brief submitted with this motion.

Respectfully Submitted, the 29th day of October, 2018.

*/s/ J. Caleb Dalton*
J. Caleb Dalton*
District of Columbia Bar No. 1033291
ALLIANCE DEFENDING FREEDOM,
CENTER FOR ACADEMIC FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
Phone: (202) 393-8690
Fax: (202) 347-3622
CDalton@ADFlegal.org

*Admitted Pro Hac Vice

Robert R. Anderson
LAW OFFICE OF ROBERT R. ANDERSON
Iowa Bar No. AT 9021
P.O. Box 275
Huxley, IA 50124
Phone: (515) 597-4000
Fax: (888) 688-4132
bobanderson7@msn.com

*Attorneys for Proposed Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2018, I electronically filed a true and accurate copy of the foregoing motion with the Clerk of Court using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted on this the 29th day of October, 2018.

*/s/ J. Caleb Dalton*
J. Caleb Dalton
*Attorney for Proposed Amici Curiae*