# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ **DEFENDANTS' RESISTANCE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** the Defendants, pursuant to Fed. R. Civ. P. 56 and Local Rule 7(e), and resist Plaintiff's Motion for Summary Judgment, and state to the court as follows:

1. A court should only grant a motion for summary judgment if "the movant shows that there is no genuine dispute as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *Celotex v. Caltrett*, 477 U.S. 317, 321 (1986).

2. A dispute is "genuine" where the evidence presented could cause a reasonable jury to return a verdict for either party. *Othman v. City of Country Club Hills*, 671 F.3d 672, 675 (8th Cir. 2012). A fact is "material" if its resolution affects the outcome of the case. *Id.*

3. Here, Plaintiff has not demonstrated that "there is no genuine dispute as to any material fact" in this case. *See* Fed. R. Civ. P. 56(a); *Celotex v. Caltrett*, 477 U.S. 317, 321 (1986). To the contrary, Plaintiff's briefing and voluminous Statement of Facts highlights the many material facts at issue in each of its claims.

**WHEREFORE,** Defendants respectfully request that the Court deny Plaintiff's Motion for Summary Judgment in its entirety.

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8583
FAX:  (515) 281-7219
E-MAIL:  George.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

*Copy electronically served on all parties of record:*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 5, 2018:

☐ U.S. Mail         ☐ FAX
☐ Hand Delivery     ☐ Overnight Courier
☐ Federal Express   ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Betty Christensen

---