# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| **BUSINESS LEADERS IN CHRIST, an,** unincorporated association, | CASE NO. 3:17-CV-00080 |
| **Plaintiff,** | |
| vs. | |
| **THE UNIVERSITY OF IOWA; LYN REDINGTON,** in her official capacity as Dean of Students and in her individual capacity; **THOMAS R. BAKER,** in his official capacity as Assistant Dean of Students and in his individual capacity; and **WILLIAM R. NELSON,** in his official capacity as Executive Director, Iowa Memorial Union, and in his individual capacity, | DEFENDANTS', LYN REDINGTON, THOMAS R. BAKER, AND WILLIAM R. NELSON, RESISTANCE TO OVER-LENGTH REPLY BRIEF |
| **Defendants.** | |

**COME NOW** the individual Defendants, Lyn Redington, Thomas R. Baker, and William R. Nelson, and resists Plaintiff's Motion for Over Length Reply Brief and states:

1.  Plaintiff's indicate that they reached out to Defendants' counsel, although late in the day. Plaintiff sent the email to Defendant's counsel at 8:23 p.m. on Monday, November 12, 2018 – Veterans' Day – a day that should be remembered by everyone.

2.  Plaintiff's Reply Brief is 7 pages over the length without good cause shown.

1

**WHEREFORE**, Defendants request the Court to deny Plaintiff's Motion for Over-Length Reply Brief.

        **THOMAS J. MILLER**
        Attorney General of Iowa

        **/s/GEORGE A. CARROLL**
        George A. Carroll
        Assistant Attorney General
        Hoover Building, Second Floor
        1305 East Walnut Street
        Des Moines, Iowa 50319
        PHONE: (515) 281-8583
        FAX: (515) 281-7219
        E-MAIL: George.carroll@ag.iowa.gov
        ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

*Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 13, 2018:

☐ U.S. Mail      ☐ FAX
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Betty Christensen