# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST,<br>an unincorporated association,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERISTY OF IOWA, et al.,<br><br>*Defendants*. | Civil No. 3:17-cv-00080-SMR-SBJ<br><br>APPLICATION FOR PERMISSION TO FILE BRIEF IN EXCESS OF TWENTY PAGES |

COMES NOW the United States, by and through its attorney William C. Purdy, Assistant United States Attorney for the Southern District of Iowa, and pursuant to Local Rule 7(h), hereby applies for permission to file its Statement of Interest of the United States in Support of Plaintiff's Motion for Summary Judgment containing in excess of twenty (20) pages and in support states:

1. The Statement of Interest, which is twenty-eight (28) pages in length, is filed pursuant to 28 U.S.C. § 517 and addresses the Unites States' views on three separate constitutional issues which the United States believes are dispositive of this case.

2. The United States does not anticipate filing any further briefs or other papers in this action unless requested to do so by the court.

WHEREFORE, the United States respectfully requests permission to file its over length brief.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/William C. Purdy*
William C. Purdy   AT0006466
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9315
Facsimile: (515) 473-9282
Email: usaias.nefiadc@usdoj.gov

Eric S. Dreiband
Assistant Attorney General

John M. Gore
Principal Deputy Assistant Attorney General

By:
Eric W. Treene
Special Counsel
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:   (202) 514-2228
E-Mail: eric.treene@usdoj.gov

### CERTIFICATE OF SERVICE

 I hereby certify that I have on this 21st day of December, 2018, filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

*/s/William C. Purdy*
William C. Purdy
Assistant U.S. Attorney