### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNIVERSITY OF IOWA, *et al.*, <br><br> *Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ <br><br><br> **PLAINTIFF'S NOTICE OF** <br> **SUPPLEMENTAL AUTHORITY** |

At the February 1, 2019 summary judgment hearing in this case, the Court raised questions regarding standing, and requested that Plaintiff file a membership list under seal showing that it has five or more members. Plaintiff has done so. Because the issue first arose at Friday's hearing, Plaintiff files this notice to highlight that the undisputed record evidence indicates that BLinC has more than five members, *see* BLinC App. 0641, 0646; that the record further indicates the University has not adopted a position that its policy requires automatic deregistration should a registered group contract to fewer than five members, *see* BLinC App. 1943-45 (listing three registered Greek groups with less than five members); and that, in any event, Plaintiff has standing to assert its claims because it seeks nominal damages and attorney fees to which it would be entitled if it shows that Defendants violated its First Amendment rights. *Advantage Media, LLC v. City of Eden Prairie*, 456 F.3d 793, 802, 803 (8th Cir. 2006); Dkts. 1 at 41, 71 at 3.

Respectfully submitted this 5th day of February, 2019.

/s/ *Eric S. Baxter*
Eric S. Baxter*
    *Lead Counsel*
Daniel H. Blomberg*
The Becket Fund for Religious Liberty

1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Christopher C. Hagenow
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(515) 868-0212 phone
(888) 689-1995 fax
*chagenow@whgllp.com*

**Counsel for Plaintiff**
*Admitted pro hac vice*