# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ **PLAINTIFF'S MOTION FOR STAY OF DEADLINES** |

Plaintiff Business Leaders in Christ (BLinC) respectfully moves this Court for a stay of the deadlines set forth in its March 7, 2018 Order Regarding Final Pretrial Conference Requirements. Dkt. 43; *see also* Dkt. 98 (resetting pretrial conference date). The order requires the parties to submit a final pretrial order, trial briefs, proposed voir dire questions, a statement of the case, and complete jury instructions by today's date of February 12, 2019. The Court has already entered judgment on Counts I-IV and VI-VIII of Plaintiff's complaint. The summary judgment order stated that the Court would "confer with the parties as to BLinC's remaining claims," presumably to discuss cleaning up the docket to conclude the litigation. Dkt. 108. BLinC has separately conferred with opposing counsel and was prepared to file today a motion to remove or dismiss the remaining claims under Federal Rules of Civil Procedure 15(a) and or 41(a)(2), which would have fully resolved the litigation, avoiding the need for filing any pretrial documents or otherwise preparing for trial.

Defendants' motion for reconsideration warrants a stay in the pretrial deadlines. If the motion is not denied and the proposed evidence stricken *sua sponte* by the Court, BLinC intends to resist

the motion, which is based on a false understanding of the scope of the Court's injunction and seeks—with no explanation and well after the record has closed—to introduce evidence that the Court has already rejected. 02/01/2019 Tr. 39:21-40:2. Because there is a significant likelihood that, after resolution of the motion for reconsideration, dismissal of all claims not resolved on summary judgment is likely, filing pretrial documents at this time would be a waste of the parties' and Court's resources. And because the motion opens the possibility of further proceedings, a stay of the deadlines is necessary to fairly sequence consideration of those issues.

For all these reasons, BLinC respectfully requests the Court to stay the pending deadlines until after resolution of the motion for reconsideration.

Respectfully submitted,

/s/ *Eric S. Baxter*
Eric S. Baxter*
   *Lead Counsel*
Daniel H. Blomberg*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
(202) 955-0090 FAX
ebaxter@becketlaw.org

Christopher C. Hagenow
William R. Gustoff
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(515) 868-0212 PHONE
(888) 689-1995 FAX
chagenow@whgllp.com

**Counsel for Plaintiff**
         **Admitted pro hac vice*