# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF IOWA, *et al.*,<br><br>*Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ<br><br>**PLAINTIFF'S UNOPPOSED MOTION UNDER RULE 41 TO DISMISS COUNTS V AND IX-XX WITH PREJUDICE, FOR ENTRY OF FINAL JUDGMENT ON ALL OTHER CLAIMS, AND FOR EXTENSION OF TIME TO FILE FOR COSTS AND FEES** |

In light of this Court's summary judgment rulings and issuance of a permanent injunction [Dkt. 108], Plaintiff Business Leaders in Christ (BLinC) respectfully moves this Court to dismiss or otherwise finally resolve the remaining claims before this Court, and then to enter final judgment. BLinC also requests an extension of the time to file a motion for costs and fees until 60 days after the expiration of any deadline for appeal or after entry of the court of appeals' mandate. The motion is unopposed by Defendants.

In support of this motion, BLinC states:

1. This Court has entered summary judgment on Counts I-IV and VI-VIII in favor of the individual defendants regarding BLinC's claims for damages. This Court has also granted summary judgment and a permanent injunction for BLinC on Counts III-IV and VI-VIII. It denied BLinC summary judgment on Counts I-II as against the University.

2. Counts V and IX-XX remain outstanding against all defendants, and Counts I-II technically remain outstanding as against the University, as the University did not file a counter-motion for summary judgment on those counts.

3.  Dismissal and resolution of the outstanding claims will resolve the litigation before this Court, allowing this Court to enter a final judgment and avoiding unnecessary trial proceedings.

4.  Thus, BLinC moves this Court under Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss with prejudice Counts V and IX through XX of its complaint [Dkt. 1].

5.  With regard to Counts I-II as against the University, although the University did not move for summary judgment on those counts, this Court resolved them in the University's favor as a matter of law. Dkt. 108 at 29 ("Given the Supreme Court's efforts in *Hosanna-Tabor* to constrain the reach of its holding, the Court declines to extend it to the University's actions in this matter."); *see also Acton v. City of Columbia, MO*, 436 F.3d 969, 974 (8th Cir. 2006) (recognizing "the district court's order denying summary judgment to be, in sum and substance, a grant of summary judgment to [nonmovant]"); Fed. R. Civ. P. 56(f).

6.  Finally, BLinC requests that this Court extend the time to file a motion for costs and fees until 60 days after the expiration of the deadlines to appeal or after entry of the court of appeals' mandate.

7.  The parties agree that this motion and the requested relief will in no way adversely impact their ability to fully appeal the Court's ruling [Dkt. 108].

WHEREFORE, BLinC respectfully requests the Court to enter an order under Rule 41 dismissing Counts V and IX through XX with prejudice, entering a Rule 58 final judgment on all remaining claims, and extending the time to file a motion for costs and fees until 60 days after entry of the court of appeals' mandate or the expiration of any time for appeal.

Respectfully submitted,

/s/ *Eric S. Baxter*
Eric S. Baxter*
  *Lead Counsel*
Daniel H. Blomberg*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Christopher C. Hagenow
William R. Gustoff
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(515) 868-0212 PHONE
(888) 689-1995 FAX
*chagenow@whgllp.com*

***Counsel for Plaintiff***
  **Admitted pro hac vice*