# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1696

Business Leaders In Christ, an unincorporated association

Appellant

v.

The University of Iowa, et al.

Appellees

------------------------------

Foundation for Individual Rights in Education, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:17-cv-00080-SMR)

---

## MANDATE

In accordance with the opinion and judgment of 03/22/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 12, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit