# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ **JOINT STATUS REPORT** |

Per this court's June 1, 2021 order by Magistrate Judge Stephen B. Jackson, Jr., the parties have met and conferred and agree that there are no further matters for this Court to resolve except a determination of the costs and fees owed to Plaintiffs as prevailing parties. The Court's order of February 19, 2019, granted Plaintiffs "sixty days … after entry of a mandate by the Eighth Circuit" to file a motion for costs and fees. Dkt. 123 at 3. The Eight Circuit's mandate issued on May 12, 2021, giving Plaintiffs until July 12, 2021, to file their motion.

The parties have agreed to consult to see if they can reach agreement as to the costs and fees owed to Plaintiffs. If the parties are able to reach agreement, they will submit a joint request for an attorney fee and cost ruling or other appropriate pleading for the Court's review and entry of final judgment. If the parties are unable to reach agreement, Plaintiffs will file their motion for costs and fees by no later than July 12, 2021, with a resistance and reply brief to follow as provided by Local Rule 7.

Respectfully submitted,

/s/ *Jeffrey S. Thompson*
Jeffrey S. Thompson
Solicitor General of Iowa

/s/ *Eric S. Baxter*
Eric S. Baxter*
Daniel H. Blomberg*

Hoover Bldg, Second Floor
1305 E. Walnut
Des Moines, IA 50309
(515) 281-8583 PHONE
(515) 281-7219 FAX
*jeffrey.thompson@ag.iowa.gov*

**Counsel for Defendants**

The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Christopher C. Hagenow
William R. Gustoff
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(515) 868-0212 PHONE
(888) 689-1995 FAX
*chagenow@whgllp.com*

**Counsel for Plaintiff**
*\*Admitted pro hac vice*