# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BUSINESS LEADERS IN CHRIST, *Plaintiff*, v. THE UNIVERSITY OF IOWA, *et al.*, *Defendants*. | Case No.: 3:17-cv-00080-SMR-SBJ **JOINT MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR COSTS AND FEES.** |

Pursuant to Local Rule 7(j), the parties jointly move this court for a thirty-day extension of time for Plaintiffs to file their motion for costs and fees. In support of the motion, the parties state as follows:

(1) By order dated February 19, 2019, the Court granted Plaintiffs' "request to extend the time to file a motion for costs and fees until sixty days after … entry of a mandate by the Eighth Circuit." Dkt. 123 at 3.

(2) The Eight Circuit's mandate issued on May 12, 2021, meaning that the current deadline for a motion for costs and fees is July 12, 2021. *See* Fed. R. Civ. P. 6(a)(1).

(3) At a telephonic conference with Magistrate Judge Stephen B. Jackson, Jr., on June 17, 2021, the Court indicated that a further extension could be granted, as the parties are seeking resolution of the fees and costs via a joint request for an attorney fee and cost ruling for the Court's review and entry of final judgment.

(4) The parties continue to work in good faith toward a joint resolution of the fees and costs.

(5) The parties have not sought any extensions for this matter except as identified herein.

(6) Because there are no other outstanding issues to be resolved in this matter, there are no other court-imposed deadlines that would be affected by the extension requested.

For all of the foregoing reasons, the parties jointly request that the deadline for filing a motion for costs and fees be extended from July 12, 2021, to August 11, 2021.

Respectfully submitted,

/s/ *Jeffrey S. Thompson*
Jeffrey S. Thompson
Solicitor General of Iowa
Hoover Bldg, Second Floor
1305 E. Walnut
Des Moines, IA 50309
(515) 281-8583 PHONE
(515) 281-7219 FAX
jeffrey.thompson@ag.iowa.gov

**Counsel for Defendants**

/s/ *Eric S. Baxter*
Eric S. Baxter*
Daniel H. Blomberg*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
ebaxter@becketlaw.org

Christopher C. Hagenow
William R. Gustoff
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(515) 868-0212 PHONE
(888) 689-1995 FAX
chagenow@whgllp.com

**Counsel for Plaintiff**
*Admitted pro hac vice